**Order entered January 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01414-CV

### CITY OF DALLAS, Appellant

### V.

### D.R. HORTON - TEXAS, LTD., Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00682**

## ORDER

We **GRANT** appellant's January 9, 2015 unopposed motion for an extension of time to

file a reply brief. Appellant shall file its reply brief by **FEBRUARY 3, 2015**.


/s/      ELIZABETH LANG-MIERS
         JUSTICE